UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Alicia Addonizio,                   :
                  Plaintiff(s),     :      23 cv 1582 (LAP)
                                    :
                                    :         ORDER
          -against-                 :
                                    :
Nuvance Health, et. al.,            :
                  Defendant(s).     :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than March 26, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                     *Loretta A. Preska*

                                     LORETTA A. PRESKA,

                                     Senior U.S.D.J.

Dated: 3/19/24
New York, New York